IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSLEY ROBINSON, JR.,

        Plaintiff,                      No. 2:11-cv-1958 JAM JFM (PC)

        vs.

WILLIAM G. STEWART II

        Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil action on the court's form civil rights complaint pursuant to 42 U.S.C. § 1983 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. §1915. Plaintiff's action appears to arise under the Freedom of Information Act, 5 U.S.C. §552, and the two named defendants are employees of the United States Department of Justice.

        Review of court records reveals that on at least three occasions prior to the filing of this action lawsuits filed by plaintiff in this district were dismissed on the grounds that they were frivolous or malicious or failed to state a claim upon which relief may be granted.[1] See Order filed January 6, 1999, in Robinson v. Henderson, No. 2:98-cv-2095 DFL DAD (PC)

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

(E.D.Cal.); Order filed July 6, 2000, in <u>Robinson v. Herndon</u>, No. 2:99-cv-2450 FCD DAD (PC) (E.D. Cal.); Order filed August 5, 2004, in <u>Robinson v. Rymer</u>, No. 2:01-cv-1792 LKK PAN (PC) (E.D. Cal.). Plaintiff was incarcerated when he brought each of these actions, and none of the orders were overturned on appeal.

> A prisoner may not bring a civil action or appeal a civil judgment under the in forma pauperis statute
>
> > if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). In the present case, plaintiff has not alleged facts that suggest he is under imminent danger of serious physical injury. Thus, plaintiff must pay the filing fee in order to proceed with this case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's July 25, 2011 application to proceed in forma pauperis is denied;

2. Plaintiff shall submit, within twenty days from the date of this order, the $350.00 filing fee for this action; and

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

December 22, 2011.

UNITED STATES MAGISTRATE JUDGE

12
robi1958.fee

2