IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSLEY ROBINSON, JR.,

      Plaintiff,                       No. 2:11-cv-1958 JAM JFM (PC)

    vs.

WILLIAM G. STEWART II, et al.,

      Defendants.              FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil action on the court's form civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff's action appears to arise under the Freedom of Information Act, 5 U.S.C. § 552, and the two named defendants are employees of the United States Department of Justice.

        By an order filed December 23, 2011, this court found that plaintiff is barred by the provisions of 28 U.S.C. § 1915(g) from proceeding with this action in forma pauperis and directed plaintiff to pay, within twenty days, the $350.00 filing fee for this action. On January 11, 2012, plaintiff filed a document styled as objections to that order. Plaintiff has not, however, paid the filing fee for this action.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

1

1  These findings and recommendations are submitted to the United States District
2  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen
3  days after being served with these findings and recommendations, plaintiff may file written
4  objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5  Findings and Recommendations."  Any response to the objections shall be filed and served
6  within fourteen days after service of the objections.  Plaintiff is advised that failure to file
7  objections within the specified time may waive the right to appeal the District Court's order.
8  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
9  DATED: February 6, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

12
robi1958.fpf